THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SORKIN, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County, imposed November 28, 1977. Sentence affirmed. No opinion. This case is remitted to the County Court,

Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Titone, Suozzi and Rabin, JJ., concur.